1  J Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
2  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel: (702) 949-8200
4  CJorgensen@lewisroca.com

5  *Attorneys for Defendant*
   *HSBC Bank USA, NA*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Joey Salmon, | Case No. 2:22-cv-01550-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| Experian Information Solutions, Inc. and HSBC Bank USA, NA, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant HSBC Bank USA, NA ("HSBC") and Plaintiff Joey Salmon ("Plaintiff," collectively the "Parties"), by and through their respective attorneys, hereby agree to extend the time for HSBC to answer or otherwise respond to Plaintiff's Complaint, through and until November 1, 2022.

HSBC and Plaintiff are investigating and discussing the allegations and underlying facts of this matter, and the requested extension will allow the parties the opportunity to attempt resolution without the need for further litigation.

This Motion is HSBC's first request for an extension of its response deadline in this

///

///

///

///

///

119107176.1

matter. This request is made in good faith and not for the purpose of delaying these proceedings.

Dated: October 7, 2022

Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen, Esq. (SBN 5382)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant*
*HSBC Bank USA, NA*

Dated: October 7, 2022

**KIND LAW**

By: */s/ Michael Kind*
Michael Kind, Esq. (SBN 13903)
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

Dated: October 7, 2022

**FREEDOM LAW FIRM, LLC**

By: */s/ Gerardo Avalos*
George Haines, Esq. (SBN 9411)
Gerardo Avalos, Esq. (SBN 15171)
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Joey Salmon*

### ORDER

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2022

119107176.1

- 2 -