1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Joey Salmon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joey Salmon,

      Plaintiff,

v.

Experian Information Solutions, Inc.
and HSBC Bank USA, NA,

      Defendants.

Case No.: 2:22-cv-01550-CDS-EJY

**Joint unopposed motion to extend deadline to file the proposed discovery plan and scheduling order**

**(First request)**

  Joey Salmon ("Plaintiff") and HSBC Bank USA, NA ("Defendant") (jointly as the "parties"), by and through their respective counsel, hereby file this joint unopposed motion to extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

  Good cause exists to extend the Deadlines. The Parties need additional time for counsel to coordinate to set the discovery conference. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the

STIPULATION      - 1 -

1   Parties to file their proposed discovery plan and scheduling order to allow time for

2   the Parties to meet and confer in compliance with Local Rule 26-1(b).

3          Parties therefore request to extend the Deadlines by 30 days, making the new

4   deadline for the submission of a stipulated discovery plan and scheduling order on

5   January 12, 2023. This is the first request for an extension of this deadline.

6          Dated: December 12, 2022.

7

8   **KIND LAW**

9    /s/ Michael Kind
     Michael Kind, Esq.

10  8860 South Maryland Parkway, Suite 106

11  Las Vegas, Nevada 89123
    *Counsel for Plaintiff*

12

13  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

14   /s/ Brittni A. Tanenbaum

15  Brittni A. Tanenbaum, Esq.

16  J. Christopher Jorgensen, Esq.
    3993 Howard Hughes Pkwy, Suite 600

17  Las Vegas, Nevada 89169

18  *Counsel for HSBC Bank USA, N.A.*

19

20                    IT IS SO ORDERED.

21

22

23                    U.S. MAGISTRATE JUDGE

24                    Dated:  December 12, 2022

25

26

27

---

STIPULATION             - 2 -