Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Joey Salmon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joey Salmon,<br><br>            Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc. and HSBC Bank USA, NA,<br><br>            Defendants | Case No.: 2:22-cv-01550-CDS-EJY<br><br>**Stipulation for dismissal of HSBC Bank USA, N.A. with prejudice** and Closing Case |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joey Salmon

---

and HSBC Bank USA, N.A. stipulate to dismiss plaintiff's claims against HSBC Bank USA, N.A. with prejudice. The Clerk of Court may close this case.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 28, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joey Salmon*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Brittni Tanenbaum, Esq
Brittni Tanenbaum, Esq.
J Christopher Jorgensen, Esq
3993 Howard Hughes Pkwy # 600
Las Vegas, NV 89169
*Counsel for HSBC Bank USA, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:  May 1, 2023